1  Andrew H. Lee, State Bar No. 257403
   LAW OFFICE OF ANDREW H. LEE
2  2021 The Alameda, Suite 310
   San Jose, California 95126
3  Telephone: (408) 216-9898
   Facsimile: (408) 216-9451
4
   Attorney for Plaintiff
5
   BRIAN J. STRETCH (CABN 163973)
6  Acting United States Attorney

7  SARA WINSLOW (DCBN 457643)
   Chief, Civil Division
8
   ANN MARIE REDING (CABN 226864)
9  Assistant United States Attorney

10        450 Golden Gate Avenue, Box 36055
          San Francisco, California 94102-3495
11        Telephone: (415) 436-3618
          FAX: (415) 436-6748
12        annie.reding@usdoj.gov

13 Attorneys for Defendant

14
                    UNITED STATES DISTRICT COURT
15
                   NORTHERN DISTRICT OF CALIFORNIA
16
                        SAN FRANCISCO DIVISION
17

18 | MARCELINE F. MYLES, | ) Case No.: 3:16-cv-00239 JST |
|---|---|
19 | Plaintiff, | ) STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE |
20 | v. | ) |
21 | JACOB J. LEW, SECRETARY, DEPARTMENT OF TREASURY (U.S. MINT), | ) |
22 | | ) |
23 | Defendant. | ) |

Plaintiff Marceline F. Myles ("Plaintiff") and Defendant Jacob J. Lew, Secretary, Department of Treasury (U.S. Mint) ("Defendant"), by and through their respective counsel, make the following representations and stipulate and agree as follows:

1. On January 14, 2016, Plaintiff filed his Complaint in this Court. *See* Docket No. 1. On January 14, 2016, the Court set this case for an April 13, 2016 initial case management conference. Dkt. No. 3.

2. On February 16, 2016, the U.S. Attorney's Office was served with a copy of Plaintiff's Complaint. Defendant's responsive pleading is due to be filed on or before April 18, 2016.

3. In light of the fact that Defendant has not yet appeared in this action, and will not appear until April 18, 2016, the parties jointly request that the Court continue the initial case management conference and all related dates until June 1, 2016, or later.[1]

4. No prior extensions of time have been requested or granted.

5. The requested time modifications will have no impact on the schedule for this case except as outlined above.

DATED: March 28, 2016                         Respectfully submitted,

   /s/ Andrew H. Lee
ANDREW H. LEE
Counsel for Plaintiff

DATED: March 28, 2016                         Respectfully submitted,

BRIAN J. STRETCH
Acting United States Attorney

   /s/ Ann Marie Reding[2]
ANN MARIE REDING
Assistant United States Attorney
Attorneys for Defendant

---

[1] Defendants anticipate filing a motion to dismiss in response to the complaint, and that motion is not likely to be heard until May 26, 2016. The parties are also agreeable to a case management conference that coincides with a hearing on Defendant's motion.

[2] I, Ann Marie Reding, hereby attest that I obtained the concurrence in the filing of this document of all signatories whose signatures are represented by /s/.

STIPULATION AND [PROPOSED] ORDER CONTINUING CMC
3:16-cv-00239 JST

## [PROPOSED] ORDER

Plaintiff and Defendant's Stipulation and Proposed Order Continuing Initial Case Management Conference is hereby **GRANTED**. The initial case management conference set for April 13, 2016 is continued until ~~June 1, 2016~~ June 9, 2016, at 2:00 p.m. A joint case management statement is due to be filed on ~~May 25, 2016~~ June 2, 2016.

Date: March  28 , 2016



IT IS SO ORDERED AS MODIFIED

Judge Jon S. Tigar

STIPULATION AND [PROPOSED] ORDER CONTINUING CMC
3:16-cv-00239 JST