1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney
2  SARA WINSLOW (DCBN 457643)
   Chief, Civil Division
3  DAVID A. PEREDA (CABN 237982)
   Assistant United States Attorney
4      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
5      Telephone: (415) 436-7167
       FAX: (415) 436-6478
6      David.Pereda@usdoj.gov

7  Attorneys for Defendant
   Jacob J. Lew, Secretary,
8  Department of Treasury, U.S. MINT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARCELINE F. MYLES, | Case No.: C16-00239 JST |
| Plaintiff, | **STIPULATION OF DISMISSAL; [PROPOSED] ORDER** |
| v. | |
| JACOB J. LEW, SECRETARY, DEPARTMENT OF TREASURY (U.S. MINT), | |
| Defendant. | |

Through her counsel of record, and pursuant to the parties' settlement agreement (ECF No. 34) and the Court's approval of that agreement (ECF No. 37), Plaintiff Marceline Myles hereby stipulates to dismiss this action with prejudice. Each party is to bear her/its own costs and attorney's fees.

SO STIPULATED.

STIPULATION AND [PROPOSED] ORDER
C16-00239 JST

1

| | |
|---|---|
| DATED: June 29, 2017 | Respectfully submitted, |
| | BRIAN J. STRETCH<br>United States Attorney |
| | /s/ *David Pereda*<br>DAVID PEREDA<br>Assistant United States Attorney<br>Attorney for Defendant |
| | /s/ *Andrew Lee*\*<br>ANDREW H. LEE<br>Attorney for Plaintiff |

\**In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that each signatory has concurred in the filing of this document.*

## [PROPOSED] ORDER

Pursuant to the parties' Stipulation, Plaintiff Marceline Myles' action is hereby dismissed with prejudice. Each party to bear his or her own costs and attorneys' fees.

IT IS SO ORDERED.

Dated: June 29, 2017

JON S. TIGAR
United States District Judge

STIPULATION AND [PROPOSED] ORDER
C16-00239 JST

2